UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY ANN WARD,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | NO. CV-09-113-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation (Ct. Rec. 21) on February 19, 2010, recommending Defendant's Motion to Dismiss be granted. Objections to the Report and Recommendation were due on March 5, 2010. There being no objections to the Report and Recommendation and upon review, the Court **ADOPTS** the Report and Recommendation's reasoning and ruling that the Court does not have jurisdiction to review the administrative law judge's decision not to reopen Plaintiff's prior applications. Accordingly, **IT IS HEREBY ORDERED:**

    1.   Defendant's Motion to Dismiss **(Ct. Rec. 14)** is **GRANTED**.

    2.   Plaintiff's Complaint **(Ct. Rec. 4)** is **DISMISSED WITH PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

     3.    Plaintiff's Motion for Summary Judgment **(Ct. Rec. 12) is DENIED.**

     4.    **Judgment** is to be entered in Defendant's favor.

     5.    This file shall be **CLOSED.**

     **IT IS SO ORDERED.**  The District Court Executive is to enter this Order and forward copies to counsel.

     **DATED** this   23rd    day of March 2010.


                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2009\Ward 09-113-CI.R&R.order.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2