UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TRACY ANN WARD,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-113-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** . Plaintiff's Motion for Summary Judgment is **DENIED** and Judgment is entered for Defendant's.

DATED: March 23, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk